UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                               )
                                     )        CASE NO.  14-34045-KRH
Regenia Dorethea Clanton
                                              CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$400.00**

1. The filing of a post-confirmation modified plan on **03/30/2015** pursuant to the **trustee's motion to dismiss** on **03/17/2015**

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121

Certificate of Service

I certify that I on **07/20/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a

claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                    )
                                                          )       CASE NO.  14-34045-KRH
Regenia Dorethea Clanton
                                                                  CHAPTER 13

           Debtor(s)
[PO Box 471 ]
[Colonial Heights, VA 23834]
   ───────────────────────────

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[8859]_____

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$400.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**<u>Your rights may be affected.</u>**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **08/04/2015(14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

   United States Bankruptcy Court
   701 E. Broad Street
   Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):    Richard J. Oulton
    America Law Group, Inc.
    2312 Boulevard
    Colonial Heights, VA 23834
    Tel:  (804) 520-2428
    Fax: (804) 518-5121

    Address of Chapter 13 Trustee:
    Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23219-1780

**07/20/2015**    /s/ Richard J. Oulton
    Richard J. Oulton (VSB#29640)
    Attorney for Debtor
    America Law Group, Inc.
    2312 Boulevard
    Colonial Heights, VA 23834
    Tel:  (804) 520-2428
    Fax: (804) 518-5121

## PROOF OF SERVICE

    I certify that I on **07/20/2015**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.    /s/ Richard J. Oulton
    Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Regenia Dorethea Clanton

Debtor(s)
[PO Box 471 ]
[Colonial Heights, VA 23834]

**NAME AND ADDRESSES OF CREDITORS**

**Acceptance Now**
5501 Headquarters Dr
Plano, TX 75024-0000

**Allied Interstate**
7525 West Campus Road
New Albany, OH 43054-0000

**America Law Group, Inc**
4036 Plank Road
Fredericksburg, VA 22407

**Associated Credit Services**
P.O. Box 5171
Westborough, MA 01581-0000

**CAB, Inc.**
8002 Discovery Drive Ste 311
Richmond, VA 23229-0000

**Capio Partners Llc**
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-0000

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**CERASTES, LLC**
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Colonial Orthopaedics**
13000 Rivers Bend Blvd Ste C
Chester, VA 23836-0000

**Dominion Law Associates PLLC**
222 Central Park Ave. Ste 210
Virginia Beach, VA 23462-0000

**Enhanced Recovery Corp**
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**First Virginia Financial Srvcs**
3219 Crater Rd. Ste C
Petersburg, VA 23805-0000

**Focused Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**Fort Lee Federal Credit Union**
4495 Crossings Boulevard
Prince George, VA 23875-0000

**Foundation Radiology Group, PC**
P.O. Box 49
15230

**Granite Law Group, PLLC**
P.O. Box 456
Layton, UT 84041-0000

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud Mn 56302-9617

**Jodi Y. Coghill**
6353 Blossom View Lane
Henrico, VA 23231-0000

**John Randolph**
P.O. Box 13620
Richmond, VA 23225-0000

**John Randolph Medical Ce**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Kenya Williams**
20900 Truth Drive
Petersburg, VA 23803-0000

**Malisa Clement**
6308 Oakland hase Place
Henrico, VA 23231-0000

**MCV Physicians**
1601 Willow Lawn Dr. Suite 275
Richmond, VA 23230-0000

**National Credit System**
Attn: Bankruptcy
P.O. Box 312125
Atlanta, GA 31131-0000

**Navy Federal Cr Union**
P.O. Box 3000
Merrifield, VA 22119-0000

**Navy Federal Credit Union**
Attention: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-0000

**Nco Fin/38**
4200 International Pkwy
Carrollton, TX 75007-0000

**P. Hedges**
130 Pickwick Ave
Colonial Heights, VA 23834-0000

**Patient First**
P.O Box 758941
Baltimore, MD 21275-0000

**Quantum3 Group LLC as agent for**
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

**Receivables Management Systems**
PO Box 8630
Richmond, VA 23226

**River Road Terrace Apartments**
20900 Riverterrace Road
Petersburg, VA 23803-0000

**River Road Terrace Apartments**
20900 Riverterrace Rd.
S. Chesterfield, VA 23803-0000

**Rjm Acquisitions LLC**
575 Underhill Blvd Suite 224
Syosset, NY 11791-0000

**Rose Jones Baxter**
1246 Barnaby Terrace SE
Washington, DC 20032-0000

**Royal Dermatology & Aesthetic**
Skin Care, Inc.
7229 Forest Ave. Suite 100
Richmond, VA 23226-0000

**The Outsource Group**
3 Cityplace Dr
Saint Louis, MO 63141-0000

**TitleMax**
1702 Boulevard
Colonial Heights, VA 23834-0000

**Wells Fargo Bank**
Overdraft Recovery
P.O. Box 50014
Roanoke, VA 24040-0014